# EXHIBIT A

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
05/08/2025 08:54:40 AM
89864-34

COMMONWEALTH OF KENTUCKY
HARDIN CIRCUIT COURT
DIVISION _____
CIVIL ACTION NO.: 25-CI-_____
*Electronically Filed*

CODY WELTON PLAINTIFF

v.

UNITED PARCEL SERVICE INC. d/b/a UPS
Serve: United States Corporation Company
421 W Main St.
Frankfort, KY 40601

**Serve via certified mail**

and

JEFFREY ADAMS DEFENDANTS
Serve: Mr. Jeffrey Adams
5848 Emmert Way
Indianapolis, IN 46221

**Serve via Secretary of State**

---

**COMPLAINT**

---

The Plaintiff, Cody Welton, for his Complaint against the Defendants, Jeffrey Adams and United Parcel Service Inc. d/b/a UPS, states as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. Plaintiff Cody Welton is a citizen and resident of the Commonwealth of Kentucky, residing at 146 Cricket Ln., #2C, Elizabethtown, KY 42701.

2. At all relevant times, Defendant Jeffrey Adams ("Defendant Adams") was a citizen and resident of the State of Indianapolis, residing at 5848 Emmert Way, Indianapolis, IN 46221, and can receive service at this address.

Presiding Judge: HON. LARRY ASHLOCK (609463)
COM : 000001 of 000006


Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT 05/08/2025 08:54:40 AM 89864-34

3. At all relevant times, Defendant United Parcel Service Inc. d/b/a UPS ("Defendant UPS"), is an Ohio corporation incorporated under the laws of the State of Ohio, with its principal place of business located at 55 Glenlake Pkwy. NE, Atlanta, GA 30328.

4. Defendant UPS has designated United States Corporation Company as its registered agent of process, who can receive service at 421 W Main St., Frankfort, KY 40601.

5. At all relevant times, Defendant Adams was the employee, agent, servant, and/or statutory employee for Defendant UPS, operating for the benefit of, in furtherance of the interests of and/or within the course and scope of his employment with Defendant UPS. Accordingly, Defendant UPS is vicariously liable for the acts of Defendant Adams.

6. The amount in controversy exceeds $75,000.

7. Venue in Jefferson Circuit Court is appropriate because the collision giving rise to this lawsuit occurred in Louisville, Jefferson County, Kentucky on March 5, 2025.

**COUNT I – COMMON LAW NEGLIGENCE**
**AGAINST DEFENDANTS ADAMS & UPS**

8. On or about March 5, 2025, in Elizabethtown, Hardin County, Kentucky, Defendant Adams was operating a 2025 Mack Truck tractor-trailer and traveling southbound on I-65.

9. The 2024 Volvo tractor-trailer was operated by Defendant Adams on behalf of his employer, Defendant UPS.

10. As Defendant Adams was traveling southbound on I-65, he recklessly collided with a 2021 Honda Civic, operated by Cody Welton.

11. Defendant Adams operated the 2024 Volvo tractor-trailer in a negligent, careless, and reckless manner, causing serious injuries to Plaintiff, for which Defendant UPS is vicariously liable.

12. As a direct and proximate result of the gross negligence and carelessness of Defendants Adams and UPS, the Plaintiff, Cody Welton, sustained serious and permanent injuries to

Presiding Judge: HON. LARRY ASHLOCK (609463)

COM : 000002 of 000006



Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT

05/08/2025 08:54:40 AM

89864-34

his body, causing him to incur bills and charges for physicians and medical expenses in treatment, great physical and mental pain and anguish, the loss of enjoyment of life, and impairment of earning capacity.

13. Plaintiff Cody Welton will continue to suffer such damages in the future, as his injuries are permanent in nature, and are at increased likelihood of future complications due to the severity and permanent nature of his injuries.

14. As a direct and proximate result of the gross negligence and carelessness of Defendants Adams and UPS, the Plaintiff, Cody Welton, also suffered damage to his personal property for which he has not been compensated.

**COUNT II – NEGLIGENCE *PER SE***
**AGAINST DEFENDANTS ADAMS & UPS**

15. Plaintiff adopts and reiterates each and every allegation above, as if set out fully in this paragraph.

16. Defendant Adams violated state and federal statutes and regulations, including but not limited to KRS 189.290, 601 KAR 1:005, and 49 C.F.R. §§ 350-399, which were promulgated to protect the safety of a class of people that includes Plaintiff, and constitutes negligence *per se* pursuant to KRS 446.070 and Kentucky case law, for which Defendant UPS is vicariously liable.

17. The injuries sustained by Plaintiff are of the type which these statutes seek to prevent and that such injuries were proximately caused by Defendant Adams's violation of these statutes, for which Defendant UPS is vicariously liable.

18. As a direct and proximate result of the gross negligence and negligence *per se* of Defendants Adams and UPS, the Plaintiff, Cody Welton, sustained serious and permanent injuries to his body, causing him to incur bills and charges for physicians and medical expenses in treatment,

Presiding Judge: HON. LARRY ASHLOCK (609463)

COM : 000003 of 000006



Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
05/08/2025 08:54:40 AM
89864-34

great physical and mental pain and anguish, the loss of enjoyment of life and impairment of earning capacity.

19. Plaintiff Cody Welton will continue to suffer such damages in the future, as his injuries are permanent in nature, and are at increased likelihood of future complications due to the severity and permanent nature of his injuries.

20. As a direct and proximate result of the gross negligence and carelessness of Defendants Adams and UPS, the Plaintiff, Cody Welton, also suffered damage to his personal property for which he has not been compensated.

**COUNT III – NEGLIGENT HIRING, TRAINING, SUPERVISING AND ENTRUSTMENT AGAINST DEFENDANT UPS**

21. Plaintiff adopts and reiterates each and every allegation above, as if set out fully in this paragraph.

22. Defendant UPS had a duty to act reasonably in hiring, instructing, training, supervising, and retaining its drivers and other employees and agents, including Defendant Adams, and to promulgate and enforce policies, procedures, and rules to ensure that its drivers and vehicles were reasonably safe.

23. Defendant UPS had a duty to exercise reasonable care in entrusting its vehicles and equipment to responsible, competent, and qualified drivers.

24. Defendant UPS was negligent, careless, and reckless with regard to the duties set forth above, causing serious injury to Plaintiff, for which it is directly liable.

25. Defendant UPS violated state and federal statutes and regulations, including but not limited to KRS 189.224, 601 KAR 1:005 and 49 C.F.R. §§ 350-399, which were promulgated to protect the safety of a class of people that includes Plaintiff, and constitutes negligence *per se* pursuant to KRS 446.070 and Kentucky case law, for which it is directly liable.

Presiding Judge: HON. LARRY ASHLOCK (609463)
COM : 000004 of 000006

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk
NOT ORIGINAL DOCUMENT 05/08/2025 08:54:40 AM 89864-34

26. As a direct and proximate result of the negligence, carelessness, and recklessness of Defendant UPS, the Plaintiff, Cody Welton, sustained serious and permanent injuries to his body, causing him to incur bills and charges for physicians and medical expenses in treatment, great physical and mental pain and anguish, the loss of enjoyment of life, and impairment of earning capacity.

27. Plaintiff Cody Welton will continue to suffer such damages in the future, as his injuries are permanent in nature, and are at increased likelihood of future complications due to the severity and permanent nature of his injuries.

28. As a direct and proximate result of the gross negligence and carelessness of Defendants Adams and UPS, the Plaintiff, Cody Welton, also suffered damage to his personal property for which he has not been compensated.

**WHEREFORE**, Plaintiff Cody Welton demands judgment against Defendants Adams and UPS as follows:

A. A trial by jury on all issues of fact herein;

B. For actual, special, punitive, and compensatory damages permitted by law, in an amount greater than the jurisdictional minimum of this Court;

C. For prejudgment interest from the date of the Plaintiff's injuries until such time the judgment is paid;

D. For Plaintiff's costs herein expended; and,

E. For any and all other relief to which the Plaintiff is entitled.

**CERTIFICATION**

This is to certify that pursuant to KRS 411.188(2), the undersigned attorneys have notified by certified mail all of those parties believed to possibly hold subrogation rights to any award received by the Plaintiff as a result of this action and that the failure to assert subrogation rights by intervention,

Presiding Judge: HON. LARRY ASHLOCK (609463)
COM : 000005 of 000006


Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk
NOT ORIGINAL DOCUMENT 05/08/2025 08:54:40 AM 89864-34

pursuant to Kentucky Civil Rule 24, or otherwise will result in a loss of those rights with respect to any final award received by the Plaintiff as a result of this action.

The parties notified are as follows:

BlueCross BlueShield of Tennessee
Subrogation Department
1 Cameron Hill Circle Ste 0008
Chattanooga, TN 37402

RESPECTFULLY submitted this 7th day of May 2025.

*<u>/s/ Adrian Mendiondo</u>*
ADRIAN MENDIONDO
Morgan & Morgan, Kentucky, PLLC
250 Main St., Suite 2100
Lexington, KY 40507
Phone: (859) 469-7954
Fax: (859) 899-9765
amendiondo@forthepeople.com
*Counsel for Plaintiff*

Presiding Judge: HON. LARRY ASHLOCK (609463)
COM : 000006 of 000006



Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk
NOT ORIGINAL DOCUMENT 05/08/2025 08:55:08 AM 89864-34

COMMONWEALTH OF KENTUCKY
HARDIN CIRCUIT COURT
DIVISION _____
CIVIL ACTION NO.: 25-CI-_____
*Electronically Filed*

CODY WELTON PLAINTIFF

v.

UNITED PARCEL SERVICE INC. d/b/a UPS
and
JEFFREY ADAMS DEFENDANTS

---

**PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT UNITED PARCEL SERVICE INC. d/b/a UPS**

---

Comes the Plaintiff by counsel, and for his First Set of Interrogatories to Defendant United Parcel Service Inc. d/b/a UPS ("UPS"), states as follows:

**INTERROGATORIES**:

**INTERROGATORY NO. 1**: Please provide the name, telephone number, address, and title of each and every person who has answered or helped answer these Interrogatories.

**ANSWER**:

**INTERROGATORY NO. 2**: Please state the full and correct name, corporate type, principal place of business, and registered address of UPS, all of its parent companies, and all of its subsidiaries.

**ANSWER**:

**INTERROGATORY NO. 3**: Describe the semi-tractor and attached trailer that was involved in the collision at issue, including the name and address of the owner of each, the US DOT number that was displayed on the outside of each, the make, model, and manufacturer of the tractor, the engine manufacturer of the tractor (i.e. Detroit Diesel, Cummins, Mack, Caterpillar), the year the

Presiding Judge: HON. LARRY ASHLOCK (609463)
INT : 000001 of 000009


Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk
NOT ORIGINAL DOCUMENT
05/08/2025 08:55:08 AM
89864-34

engine was built, the contents of the cargo being transported on the date of the collision, and the total weight of the semi-tractor and trailer when it was first loaded and at the time of the collision.

**ANSWER**:

**INTERROGATORY NO. 4**: Please state the full name, address, date of birth, employer, and social security number of the driver of the semi-tractor trailer rig involved in the incident in question.

**ANSWER**:

**INTERROGATORY NO. 5**: Please state whether the person listed in the Interrogatory above was employed by UPS on the date of the collision and whether, at the time of the collision, he was acting in the course of scope his employment with UPS.

**ANSWER**:

**INTERROGATORY NO. 6**: If you contend that the driver listed in response to Interrogatory No. 4 was not acting within the scope and course of his employment at the time of the collision, please state each and every fact upon which you rely to base your claim and provide the name, address, and employer of each and every person who has knowledge of, or information about, those facts.

**ANSWER**:

**INTERROGATORY NO. 7**: Please describe, specifically and in detail, UPS's notification of the collision, including without limitation:

a. The person at UPS who was first notified of the accident?

b. The date and time this person was notified?

c. Whether anyone at UPS created a written record of the accident, and if so, whom?

d. Whether this record is kept in any Vehicle Accident Investigation File or its equivalent; and

Presiding Judge: HON. LARRY ASHLOCK (609463)
INT : 000002 of 000009


Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk
NOT ORIGINAL DOCUMENT
05/08/2025 08:55:08 AM
89864-34

e. Whether this record is kept in the ordinary course of business?

**ANSWER**:

**INTERROGATORY NO. 8**: State the full name and address of each person who you, your agents, or your attorneys believe may have knowledge of any allegation in the Complaint or is likely to have discoverable information about the claims and defenses in this case, and for each person specify all subject matters about which they have knowledge.

**ANSWER**:

**INTERROGATORY NO. 9**: Has UPS, or anyone acting on its behalf, ever taken or received any statement, either orally or in writing, from any person, relating to this collision? If so, please state the name of the person who gave the statement, who took the statement, its date, its substance, and whether counsel may obtain a copy of any such statement.

**ANSWER**:

**INTERROGATORY NO. 10**: Describe all insurance policies, including liability coverage, umbrella coverage, MCS-90 endorsement, excess insurance, property damage insurance, or other insurance of any type, that covered UPS, Jeffrey Adams, the owner of the semi-tractor, or the owner of the trailer, that had a coverage period that included the date of the collision at issue, including in your description for each such policy: whether the policy was still in effect on the date of the collision at issue, whether you contend the policy covers or may provide coverage for the damages sought by the Complaint, the name of the insurance company providing the coverage, the extent of each coverage provided in the policy or policies of insurance, including coverage for both personal injury and property damage, the policy number of each policy, whether the insurer has offered or provided a defense under a reservation of rights or otherwise contested or raised defenses to providing coverage for collision at issue or the claims asserted in this lawsuit, and any other claims being asserted against

Presiding Judge: HON. LARRY ASHLOCK (609463)
INT : 000003 of 000009


Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk
NOT ORIGINAL DOCUMENT
05/08/2025 08:55:08 AM
89864-34

the policy, from this collision or during the same policy period, that would reduce the amount of coverage available for the claims asserted in this lawsuit or from this collision.

**ANSWER**:

**INTERROGATORY NO. 11:** For each person that you expect to call as an expert witness at trial, provide their name, address, the subject matter in which they are expected to testify, a complete statements of all opinions they will express and the basis and reasons for them, the facts or data considered by them in forming their opinions, their qualifications, a list of all publications that they have authored in the previous 10 years a list of all other cases in which they have testified by deposition or at trial in the past four years, and a statement of the compensation to be paid for their study and testimony in this case.

**ANSWER**:

**INTERROGATORY NO. 12**: Please identify the person or persons who held each of the following positions at UPS on the date of the Crash, providing their full name, address, telephone number, and employer. and please identify by whom each such person was employed:

a. The Chief of Operations;

b. The Safety Director;

c. The Head of Maintenance;

d. The Head of Dispatch;

e. The Dispatcher on the trip that resulted in the collision at issue;

f. All persons involved in negotiations with any defendant; and,

g. The person(s) responsible for performing the annual or other periodic review of the driving or safety record of UPS or Jeffrey Adams.

**ANSWER**:

Presiding Judge: HON. LARRY ASHLOCK (609463)
INT : 000004 of 000009



Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk
NOT ORIGINAL DOCUMENT
05/08/2025 08:55:08 AM
89864-34

**INTERROGATORY NO. 13:** Describe every claim that has been brought against UPS for personal injury or wrongful death arising out of a motor vehicle or commercial motor vehicle collision during the past five years, including for each: the date of the incident forming the basis of the injury claimed, the location of the incident giving rise to the claim, a brief description of the incident, the identity of the person injured or killed, the identity of any employee or agent of UPS that was involved, whether a lawsuit was filed and if so the venue in which it was filed, the case name and style for any such lawsuit, and the disposition of the claim.

**ANSWER**:

**INTERROGATORY NO. 14**: Other than the incident at issue, please list all other incidents involving alleged personal injury in which the driver identified in Interrogatory No. 4 above, has been involved, either as an operator or passenger.

**ANSWER**:

**INTERROGATORY NO. 15:** Describe all paperwork that Jeffrey Adams filled out for, completed for, or provided to, UPS prior to employment by UPS, including any application for employment, employment screening paperwork, or any other paperwork of any type.

**ANSWER**:

**INTERROGATORY NO. 16**: Describe all maintenance that has been performed on the tractor **or** trailer of the subject vehicle for the six (6) months prior to the collision, including for each such maintenance:

1. What prompted the maintenance visit;
2. Who performed the maintenance;
3. Who diagnosed the necessity for maintenance;
4. What diagnosis was rendered;
5. When were the repairs performed;
6. What, if any, parts were replaced; and,
7. Did the problem reoccur? If so, when?

Presiding Judge: HON. LARRY ASHLOCK (609463)
INT : 000005 of 000009


Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT

05/08/2025 08:55:08 AM

89864-34

**ANSWER**:

**INTERROGATORY NO. 17:** Please describe the entire transportation cycle for all cargo on the Truck on the date of the Crash, from purchase of the items from the seller or shipper to delivery to the end consumer that was to receive the deliveries, including the following information: the identity of all shippers, motor carriers, brokers, logistics companies, freight forwarders, drivers, receivers and other persons or entities involved with the cargo; all payments, consideration and monies to be paid or received for the transportation of the cargo; and any and all communications and documents that relate to any aspect of the transportation cycle, the deliveries, or the receipt of the cargo being transported the day of collision at issue.

**ANSWER**:

**INTERROGATORY NO. 18:** Identify every bill of lading or any other document describing in detail, the entire load packaged in the trailer at the time of the collision, including in your description the custodian of each such documents, the title of each, the preparer and employer of each and attach a copy of said document to your responses hereto if available.

**ANSWER**:

**INTERROGATORY NO. 19**: Describe in detail all policies, procedures, rules, guidelines, directives, manuals, handbooks, training programs, training meetings, educational programs, or on the job training that was provided at any time by UPS to Jeffrey Adams or that was in place by UPS at the time of the Collision, that in any way related to the operation, maintenance, inspection or use of a commercial motor vehicle.

**ANSWER**:

Presiding Judge: HON. LARRY ASHLOCK (609463)

INT : 000006 of 000009



Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT 05/08/2025 08:55:08 AM 89864-34

**INTERROGATORY NO. 20:** Describe and explain in detail the method of calculating Jeffrey Adams's pay, compensation, wages, salary, bonus, or commission at the time of the collision and one year prior.

**ANSWER**:

**INTERROGATORY NO. 21**: Describe everything that was done by you to ensure that Jeffrey Adams was qualified to operate a commercial motor vehicle and compliant with all federal safety laws and regulations at all times, including: the identity of each person at the company and each third party relied upon by UPS to consult on or perform any driver qualification, recertification, review or training, route planning, dispatching, accident investigation, compliance, or any other safety or driving functions during the relevant time period, and each such person or entity; the nature of their relationship with UPS (e.g. employee, contractor, partner, etc.); the services performed by each such person or entity; the material terms of any agreement between UPS and each such person or entity; how long person or entity has been employed by, or contracted with, UPS; the name, title and address all people within UPS that have the most knowledge about the employment or contractual relationship; a description of all documents that evidence the agreements between UPS and the employee or entity, and a description of any documents exchanged regarding this collision or Jeffrey Adams.

**ANSWER**:

**INTERROGATORY NO. 22:** Describe in detail how the collision occurred, identifying every person or entity who you contend contributed in any way to causing the collision, describing each act or omission on the part of any each such person or entity that you contend contributed to causing the collision, and explaining how each act or omission caused the collision.

**ANSWER**:

Presiding Judge: HON. LARRY ASHLOCK (609463)

INT : 000007 of 000009



Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT 05/08/2025 08:55:08 AM 89864-34

**INTERROGATORY NO. 23:** At the time of this collision did UPS have the capability to receive, or was the tractor or trailer equipped with any device that could record or communicate, any Telematics Data, and if so describe specifically and in detail all devices, software, and services used to obtain, record, or communicate all such Telematics Data, all types of Telematics Data that was obtained, recorded, or communicated, and the location of all such data for the period beginning seven days prior to the collision and ending seven days after the collision. Telematics Data means: all data relating to: stationary and in motion updates, notifications and alerts, trip reports, maintenance notifications, speed, hours of service records and notifications, electronic logs, mapping and navigation records, critical event notifications, video, audio, safety scorecards and associated data, collision notification, in-vehicle driver coaching, training records, re-training records, targeted training, documentation that self-coaching was completed, driver behavior notifications (including, but not limited to erratic steering pattern detection, signs of fatigue, acceleration, braking, cornering, idling, close following, U-turns, speeding, cell phone use, risky behaviors, fatigue, distracted driving, lane departures), or any other recording, tracking, monitoring, dispatching, navigating, observing, or listening data of any type. Telematics Data includes, without limitation, data collected, communicated, or stored through services and systems such as Omnitracs, Trimble Transportation Geotab, Teletrac Navman, Verizon Connect, Samsara, Fleet Complete, Motive (formerly KeepTruckin), GPS Insight, ORBCOMM SensorTRACS, TrailerTRACS, ViaWeb JTRACS, ProOmniOne, OmniExpress, FleetAdvisor, QTRACS fleet management system, TruckMAIL, GlobalTRACS, or any other service or system.

**ANSWER**:

Presiding Judge: HON. LARRY ASHLOCK (609463)

INT : 000008 of 000009



Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk
NOT ORIGINAL DOCUMENT 05/08/2025 08:55:08 AM 89864-34

**INTERROGATORY NO. 24**: State the facts upon which you rely for each affirmative defense in your Answer.

**ANSWER:**

RESPECTFULLY submitted this 7th day of May 2025.

*/s/ Adrian Mendiondo*
ADRIAN MENDIONDO
Morgan & Morgan, Kentucky, PLLC
250 Main St., Suite 2100
Lexington, KY 40507
Phone: (859) 469-7954
Fax: (859) 899-9765
amendiondo@forthepeople.com
*Counsel for Plaintiff*

Presiding Judge: HON. LARRY ASHLOCK (609463)
INT : 000009 of 000009


Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk
NOT ORIGINAL DOCUMENT 05/08/2025 08:56:30 AM 89864-34

COMMONWEALTH OF KENTUCKY
HARDIN CIRCUIT COURT
DIVISION _____
CIVIL ACTION NO.: 25-CI-_____
*Electronically Filed*

CODY WELTON PLAINTIFF

v.

UNITED PARCEL SERVICE INC. d/b/a UPS
and
JEFFREY ADAMS DEFENDANTS

---

**PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT UNITED PARCEL SERVICE INC. d/b/a UPS**

---

The Plaintiff by counsel, and for his First Set of Requests for Production of Documents to Defendant United Parcel Service Inc. d/b/a UPS ("UPS"), states as follows:

**DEFINITION OF ELECTRONIC DEVICE:**

The term "electronic device" shall means any and all electronic technology, software, devices or systems in or on the tractor, trailer(s) or cargo including: communication devices (e.g. cellular telephones, satellite telephones, all Bluetooth devices, tablets, iPads, Kindle, Android electronics, mobile hot-spot, mobile gateway, Wi-Fi device, computers, laptops, PDA's, etc.); G.P.S., R.F.I.D., or other tracking devices; telematics devices; route planning devices; fleet management devices; fleet tracking devices; cargo monitoring systems; safety monitoring devices (e.g. hard stops, acceleration and deceleration, collisions; lane change, drive cams, etc.); driver monitoring devices or cameras; on board systems; any onboard cameras or video devices (e.g. dash cams, go pro's, back-up cameras, etc.); audio recording devices; all in-cab display monitors; engine control modules; event data recorders; airbag control modules; brake control modules; electronic on-board recorders; any intelligent vehicle automated vehicle or connected vehicle technology; all maintenance related

Presiding Judge: HON. LARRY ASHLOCK (609463)
RPD : 000001 of 000016


Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT 05/08/2025 08:56:30 AM 89864-34

systems (e.g. remote diagnostic systems, fault code monitoring system, prognostic systems, etc.); any sensors that capture and transmit data; any third party electronics, devices, software or systems of any kind (e.g. VORAD, Qualcomm, TransCore, SkyBitz, Fluensee, Fleetilla, Teletrac, Lat-Lon, Telogis, GeoLogic, Cheetah, Xata, PeopleNet, Cadec, Vnomics, Virtual Technician, OEM Diagnostic System, Trackpoint, Sense-Aware, Lytx, DriveCam, Rair, Omnitracs, Zonar, Guard Dog Connect, On Command Connection, Virtual Technician, etc.) or any similar system; any driver safety, compliance, or hours of service logging or monitoring systems; any transponders or tachographs; any bar code or toll pass systems; any entertainment or gaming systems (e.g. televisions, hand held electronic games, PlayStation, Xbox, Wii, etc.); any other tracking system, logging unit, trip monitor, trip recorder, satellite systems, cellular systems, etc., and all other third party systems, electronics or other devices not described above that were present in or on the tractor, trailer(s) or cargo at the time of the collision at issue, whether factory installed, after market, mounted or removable and whether or not it was working or recording. This would include any Apps on any electronic device in or on the tractor, trailer(s) or cargo (e.g. Transflo Mobile, BigRoad Free Truck Driver Log Book, Drivers Daily Log, Fuelbook, Drive Axle, Trucker Logbook, UShip, Dispatcher, ABF Mobile, TransFlo, CDL Warrior – Trucker Tools, Werner, Weigh My Truck, etc.).

**REQUESTS FOR PRODUCTION OF DOCUMENTS**:

Please produce the following:

**REQUEST NO. 1:** For each Electronic Device, if any data is available (whether or not downloaded or retrieved) all electronic data, information, color images or copies of any download, report, video, audio, GPS data, or other data that relates to the operation of the Truck for the thirty (30) days before, the date of the collision at issue and seven days after.

**RESPONSE**:

Presiding Judge: HON. LARRY ASHLOCK (609463)

RPD : 000002 of 000016



Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
05/08/2025 08:56:30 AM
89864-34

**REQUEST NO. 2:** All records that show or relate to the type, model, make, serial number, phone number, name of account holder, and service provider, of any Electronic Device, GPS, dash camera, or any other device capable of communicating with people or entities outside the Truck on the date of the collision at issue.

**RESPONSE**:

**REQUEST NO. 3:** For each communication capable Electronic Device applicable to the preceding request, all bills, invoices, reports or other documents showing any use of that electronic device for the 30 days before, the date of the collision at issue and seven days after.

**RESPONSE**:

**REQUEST NO. 4:** All records, accident reports, incident reports, investigations, or other documents of any type that describe any portion of the collision or otherwise contain information about the collision.

**RESPONSE**:

**REQUEST NO. 5:** A copy of your OP-1 Application for Operating Authority filed with any government agency for the past 5 years.

**RESPONSE**:

**REQUEST NO. 6:** A copy of your MCS-150 forms filed with any government agency for the last 5 years.

**RESPONSE:**

**REQUEST NO. 7:** All documents, electronic information, or things identified in response to any Interrogatory.

**RESPONSE**:

Presiding Judge: HON. LARRY ASHLOCK (609463)

RPD : 000003 of 000016



Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT 05/08/2025 08:56:30 AM 89864-34

**REQUEST NO. 8:** A complete copy of all insurance policies, including liability coverage, umbrella coverage, MCS-90 endorsement, excess insurance, property damage insurance, or other insurance of any type, that covered UPS, Jeffrey Adams, the owner of the semi-tractor, or the owner of the trailer, that had a coverage period that included the date of the collision at issue.

**RESPONSE**:

**REQUEST NO. 9:** Copies of all reservation of rights letters and/or agreements regarding any insurance coverage for the collision at issue.

**RESPONSE**:

**REQUEST NO. 10:** All records that show Jeffrey Adams's record of duty status and service hours, including all driver daily logs and all documents or electronic data or information that provide date, time and/or location information to audit or verify the those logs, for thirty (30) days before the collision at issue, the date of the collision at issue, and seven (7) days after the collision at issue, including each and every version or draft of each daily log.

**RESPONSE**:

**REQUEST NO. 11:** The Driver's Vehicle Inspection Reports (DVIR) including any pre and post trip inspections for any vehicles operated by the Defendant Driver for the week of, the week before, the day of and the week after the collision at issue.

**RESPONSE**:

**REQUEST NO. 12:** Any audits or reviews performed at any time of Jeffrey Adams's record of duty status, Daily or Multi-Daily Logbooks, expenses, Bills of Lading and/or any other work for the Defendant Driver or any other safety or compliance audit or review.

**RESPONSE**:

Presiding Judge: HON. LARRY ASHLOCK (609463)

RPD : 000004 of 000016



Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk
NOT ORIGINAL DOCUMENT 05/08/2025 08:56:30 AM 89864-34

**REQUEST NO. 13:** All records, including without limitation any medical records, employment records, bills, court records, educational records, administrative records, or any other records relating to our client(s) that you have obtained in any manner from any third party.

**RESPONSE**:

**REQUEST NO. 14:** All leases and contracts that were in effect for the cab and trailer.

**RESPONSE**:

**REQUEST NO. 15:** All files or records kept on Jeffrey Adams, including the entire personnel file, driver qualification file, drug and alcohol file (including but not limited to pre-employment, post-accident, random, reasonable suspicion, and return to duty, drug and alcohol testing results), safety performance history file, training file, records of completion or non-completion of any orientation, training or safe-driving programs, or disciplinary file.

**RESPONSE**:

**REQUEST NO. 16:** For every expert witness who is listed in any response to any discovery request, listed in any expert disclosure, or who will be called at trial, produce the following:

a. All documents, materials, or things that were utilized or relied upon by the expert in the formation of the experts opinions, including without limitation: all records, reports, charts, notes, memoranda, outlines, chronologies, evaluations, correspondence, summaries, depositions, medical records, laboratory data, laboratory results, images, articles, drawing, illustrations, videos, photographs, calculations, measurements, treatises, textbooks, recordings, data, papers, reconstructions, CAD files, other computer files, electronic images, assumptions or statistics.

Presiding Judge: HON. LARRY ASHLOCK (609463)
RPD : 000005 of 000016


Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT 05/08/2025 08:56:30 AM 89864-34

b. All documents, materials, or things that were created by the expert in the formulation of the expert's opinions or any report regarding those opinions. These must be produced in each native format utilized by the expert.

c. All documents, materials, or things that were or will be utilized by the Defendant or the expert to explain or depict any information relating to the expert's opinion at trial. These must be produced in their native format.

d. All calculations performed by the expert and the specific source of any information, data, or value input into any calculation.

e. All photographs, videotapes, or other images viewed, taken, or received by the expert in connection with their opinions.

f. All reports, including any draft reports, prepared by the expert in connection with this case.

g. All notes, including handwritten, electronic, dictated, or otherwise, regarding this case.

h. All communications, whether paper or electronic, referencing or relating in any manner to the Plaintiff, any examination of the Plaintiff, the expert's report, the engagement of the expert, or the expert's fees.

i. All bills or invoices for any services performed in this matter.

**REQUEST NO. 17:** All documents placing you on notice of any violation by Jeffrey Adams of any law, ordinance or regulation, including roadside inspections and reports of violations pursuant to Section 391.27(a) of the Federal Motor Carrier Safety Regulations, as well as copies of citations, warnings and inspection reports.

**RESPONSE**:

Presiding Judge: HON. LARRY ASHLOCK (609463)

RPD : 000006 of 000016



Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk
NOT ORIGINAL DOCUMENT 05/08/2025 08:56:30 AM 89864-34

**REQUEST NO. 18:** All documents of any kind that relate to any action (formal or informal) by you or any supervisor or manager or anyone working by or on your behalf or any other defendant directed to Jeffrey Adams for the purpose of teaching, counseling, disciplining, correcting or otherwise managing Jeffrey Adams in any way relating to the safe operation of a commercial vehicle, including all disciplinary actions and the contents of all disciplinary folders or files of any kind by whatever name called.

**RESPONSE**:

**REQUEST NO. 19:** The complete maintenance files, records and invoices on the Truck, and all other transportation equipment involved in the collision at issue, including any inspections, repairs or maintenance, as well as daily condition reports from two years prior to the collision at issue through the time of the return of the Truck to service following the collision at issue.

**RESPONSE:**

**REQUEST NO. 20:** A copy of the title, registration and any other ownership documents for the Truck and other transportation equipment involved in the collision at issue.

**RESPONSE:**

**REQUEST NO. 21:** Any document that relates to the make, model, features, accessories, year and identification number(s) of the Truck and other transportation equipment involved in the collision at issue.

**RESPONSE:**

**REQUEST NO. 22:** Any and all documents showing the type, installation, location, usage, capabilities, and description of any Electronic Device or communication device in or on the Truck or cargo at the time of the collision at issue.

**RESPONSE:**

Presiding Judge: HON. LARRY ASHLOCK (609463)
RPD : 000007 of 000016


Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk
NOT ORIGINAL DOCUMENT 05/08/2025 08:56:30 AM 89864-34

**REQUEST NO. 23:** All materials, manuals, technical data, cost or other documents reflecting any safety measure on the Truck or equipment involved in the collision at issue, including any telematics, driver monitoring, collision avoidance, collision warning, lane deviation, tire monitoring, or any other safety measure.

**RESPONSE**:

**REQUEST NO. 24:** An organizational chart of your company at the time Jeffrey Adams was hired, at the time of the collision at issue, and today.

**RESPONSE:**

**REQUEST NO. 25:** A copy of each document retention policy in effect for you at the time of the collision at issue and now.

**RESPONSE**:

**REQUEST NO. 26:** All manuals, videos, books or other similar documents used to train your commercial motor vehicle drivers for two years prior to the date of the collision at issue and through today.

**RESPONSE:**

**REQUEST NO. 27:** Transcripts or recordings of all depositions, trial testimony or other sworn testimony of corporate designees for you given in the past five years for any reason and in the past ten (10) years in any case where it was alleged that a driver or other employee or agent working for you caused injury or death to another person.

**RESPONSE**:

**REQUEST NO. 28:** All policies, and procedures, safety materials, training materials, manuals, or training records for Jeffrey Adams or any of its agents or employees that were in effect

Presiding Judge: HON. LARRY ASHLOCK (609463)
RPD : 000008 of 000016


Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk
NOT ORIGINAL DOCUMENT 05/08/2025 08:56:30 AM 89864-34

on the date of the collision at issue (even if not provided to any of its drivers, dispatchers, safety directors, operation managers and/or auditors).

**RESPONSE**:

**REQUEST NO. 29:** All Compliance Reviews or Safety Audits of your company (as defined by 49 C.F.R. §385.3) performed by any government agency during the five years prior to the date of the collision at issue.

**RESPONSE**:

**REQUEST NO. 30:** All Safety Management Controls (as defined by 49 C.F.R. §385.3) that your company had in effect on the date of the collision at issue.

**RESPONSE**:

**REQUEST NO. 31:** All safety ratings (as defined by 49 C.F.R. §385.3) issued to your company by any government agency for the five (5) years prior to and on the date of the collision at issue.

**RESPONSE**:

**REQUEST NO. 32:** All notifications of safety ratings or fitness (as referenced in 49 C.F.R. §385.11) provided to your company by any government agency for five (5) years prior to date of the collision at issue to present.

**RESPONSE**:

**REQUEST NO. 33:** All requests submitted by you for an administrative review to change your safety rating pursuant to 49 C.F.R. §385.15 from five (5) years prior to the date of the collision at issue to present.

**RESPONSE**:

Presiding Judge: HON. LARRY ASHLOCK (609463)
RPD : 000009 of 000016


Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT 05/08/2025 08:56:30 AM 89864-34

**REQUEST NO. 34:** All reports of audits performed by any government agency for or relating to your company for five (5) years prior to the date of the collision at issue to present.

**RESPONSE**:

**REQUEST NO. 35:** A copy of the entire accident or collision register maintained by you pursuant to 49 C.F.R. §390.15 or for any other purpose.

**RESPONSE**:

**REQUEST NO. 36:** Photographs or color copies of all signs, posters, placards, or other visible safety messages, logos or warnings posted and visible to drivers or other employees or agents during the relevant time period.

**RESPONSE:**

**REQUEST NO. 37:** Any statements, either written or recorded, made by Plaintiff or any other person pertaining to the collision at issue described in the Complaint.

**RESPONSE**:

**REQUEST NO. 38:** All long form DOT physicals of the employee driver.

**RESPONSE**:

**REQUEST NO. 39:** Please produce the Permanent Unit File or its equivalent including, but not limited to, records relating to the repairs, maintenance, and costs for the tractor involved in the collision at issue

**RESPONSE**:

**REQUEST NO. 40:** Please produce all photographs, audio recordings, video recordings, or other audio or visual recordings or files of any type that reflect or depict in any way the collision at issue, or the activities of the driver or tractor involved in the collision for the period beginning 24 hours prior to the collision and ending 24 hours after the collision.

Presiding Judge: HON. LARRY ASHLOCK (609463)

RPD : 000010 of 000016



Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk
NOT ORIGINAL DOCUMENT
05/08/2025 08:56:30 AM
89864-34

**RESPONSE**:

**REQUEST NO. 41:** Please produce any Lytx drive camera video or data in its original .dce file format.

**RESPONSE**:

**REQUEST NO. 42:** Please produce all documents, electronically stored information, and tangible things in your possession, custody or control that may be used by you to support your claims or defenses, unless that use would be solely for impeachment.

**RESPONSE**:

**REQUEST NO. 43:** Copies of all communications and transmissions between you and Jeffrey Adams that were transmitted through any electronic device on-board of the Truck involved in the collision at issue for the period beginning 30 days before the collision at issue and ending seven days after the collision at issue.

**RESPONSE**:

**REQUEST NO. 44:** Any documents or GPS data relating to Jeffrey Adams's point of origin (where he was coming from) and destination (where he was heading) at the time of the collision at issue, including all stops made or to be made that day, any deadlines or route scheduling sheets any route planning for the day of the collision at issue.

**RESPONSE:**

**REQUEST NO. 45:** A legible color image or copy of any drawings or diagrams that reflect the scene of the collision at issue, the vehicles involved or any of the parties to this cause.

**RESPONSE**:

Presiding Judge: HON. LARRY ASHLOCK (609463)
RPD : 000011 of 000016



Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk
NOT ORIGINAL DOCUMENT 05/08/2025 08:56:30 AM 89864-34

**REQUEST NO. 46:** A copy of the application and/or claims for benefits and/or claims for payments submitted for personal injuries and/or property damage as a result of the collision at issue.

**RESPONSE**:

**REQUEST NO. 47:** Any documents regarding any damages or losses suffered by any Defendant as a result of the collision at issue, including property damage or money you had to pay for damage to the person or property of someone else.

**RESPONSE**:

**REQUEST NO. 48:** If applicable, all forms completed by either you or Jeffrey Adams that were submitted to any government agency concerning any collision at issues involving Jeffrey Adams during the period of his employment with you or any other Defendant.

**RESPONSE**:

**REQUEST NO. 49:** Color copies or images of all information, data available from or downloaded from the Electronic Control Module or any other electronic device or system for the Truck being operated at the time of the collision at issue and any other vehicle involved in the collision.

**RESPONSE**:

**REQUEST NO. 50:** All promotional materials, manuals, presentations, estimates, quotes, technical data, feasibility studies, cost benefit analyses or other documents reflecting any safety measure for your company, your employees, your drivers, your trucks, trailers, equipment or otherwise that has been considered or implemented by your company in the last ten years, including any telematics, driver monitoring, collision avoidance, collision warning, lane deviation, tire monitoring, or any other safety measure.

Presiding Judge: HON. LARRY ASHLOCK (609463)
RPD : 000012 of 000016


Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk
NOT ORIGINAL DOCUMENT
05/08/2025 08:56:30 AM
89864-34

**RESPONSE**:

**REQUEST NO. 51:** Color copies of photographs taken of the Plaintiff, any Defendant, the collision at issue scene, or any persons or vehicles involved in the collision at issue that purport to show any injuries and/or damages.

**RESPONSE**:

**REQUEST NO. 52:** Copies of all invoices or appraisals depicting property damage to any vehicle, equipment, cargo or personal property involved in the collision at issue.

**RESPONSE**:

**REQUEST NO. 53:** Any photographs, movies and videotapes that you intend to use in any deposition taken in this cause, or in the trial in this case, including any that reflect the scene of the collision at issue, the vehicles involved in the collision at issue or of any of the parties to this cause.

**RESPONSE**:

**REQUEST NO. 54:** Dispatch records (written or electronic) indicating assignment of the Truck to Jeffrey Adams and his instructions to pick up and deliver any cargo, the dates and times of pickup and delivery and any other factors related to deliveries made or to be made on the day of this collision at issue.

**RESPONSE**:

**REQUEST NO. 55:** Any driver call-in records or other written or electronic records indicating communications between any defendant and the driver on the day of the collision at issue, including any reference to the movement of the Truck, the cargo, the equipment and/or Jeffrey Adams on the day of this collision at issue.

**RESPONSE**:

Presiding Judge: HON. LARRY ASHLOCK (609463)
RPD : 000013 of 000016



Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk
NOT ORIGINAL DOCUMENT 05/08/2025 08:56:30 AM 89864-34

**REQUEST NO. 56:** All documents relating to the entire transportation cycle for all cargo on the Truck at the time of the collision at issue, including from purchase of the items to delivery to the end consumers that were to receive the deliveries, including motor carriers, drivers, brokers, logistics companies, and all other persons or entities involved.

**RESPONSE**:

**REQUEST NO. 57:** Any joint defense or joint representation agreements between you or your attorneys and any other defendant(s) or defense attorney(s) relating to this collision at issue or the claims being made in this lawsuit.

**RESPONSE**:

**REQUEST NO. 58:** If ISO certified, all ISO Certification documents.

**RESPONSE:**

**REQUEST NO. 59:** Produce copies of any and all ECM data, satellite communications, email communications, or any other data of any type, that shows, for the day of the collision and seven (7) days prior, any information regarding the movement, operation, or mechanical status of your vehicle at issue, including without limitation:

a. trip distance
b. total vehicle driving time
c. load factor
d. vehicle speed limit
e. maximum vehicle speed recorded
f. number of hard brake incidents
g. current engine speed (rpm)
h. maximum and minimum cruise speed limits
i. total vehicle driving distance
j. fuel consumption (gal./hr.)
k. idle time
l. engine governed speed
m. maximum engine speed recorded
n. current throttle position

Presiding Judge: HON. LARRY ASHLOCK (609463)
RPD : 000014 of 000016


Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT 05/08/2025 08:56:30 AM 89864-34

o. brake switch status (on/off)
p. odometer
q. trip driving time
r. overall fuel economy (mpg)
s. average driving speed
t. number of engine overspeeds
u. number of vehicle overspeeds
v. current vehicle speed (mph)
w. clutch switch status (on/off)
x. clock
y. steering

**RESPONSE**:

**REQUEST NO. 60:** All communications, including electronic communications of any type, that were sent by you, or received by you, from any person or entity other than your lawyer, that relate to the facts at issue in this case.

**RESPONSE**:

**REQUEST NO. 61:** All communications, including electronic communications of any type, that were sent by you, or received by you, from any person or entity other than your lawyer, that relate to Jeffrey Adams's work performance, Jeffrey Adams's compliance or lack thereof with any federal laws or regulations, Jeffrey Adams's driving, Jeffrey Adams's training, or Jeffrey Adams's safety compliance.

**RESPONSE**:

**REQUEST NO. 62:** All communications, including electronic communications of any type, that were sent by you, or received by you, from any person or entity other than your lawyer, that relate to UPS's compliance or lack thereof with any federal laws or regulations, UPS's safety training, UPS's safety record, or UPS's driver training.

**RESPONSE**:

Presiding Judge: HON. LARRY ASHLOCK (609463)

RPD : 000015 of 000016



Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk
NOT ORIGINAL DOCUMENT 05/08/2025 08:56:30 AM 89864-34

RESPECTFULLY submitted this 7th day of May 2025.

*/s/ Adrian Mendiondo*
ADRIAN MENDIONDO
Morgan & Morgan, Kentucky, PLLC
250 Main St., Suite 2100
Lexington, KY 40507
Phone: (859) 469-7954
Fax: (859) 899-9765
amendiondo@forthepeople.com
*Counsel for Plaintiff*

Presiding Judge: HON. LARRY ASHLOCK (609463)
RPD : 000016 of 000016


Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
05/08/2025 08:55:01 AM
89864-34

COMMONWEALTH OF KENTUCKY
HARDIN CIRCUIT COURT
DIVISION _____
CIVIL ACTION NO.: 25-CI-_____
*Electronically Filed*

CODY WELTON PLAINTIFF

v.

UNITED PARCEL SERVICE INC. d/b/a UPS
and
JEFFREY ADAMS DEFENDANTS

**PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT JEFFREY ADAMS**

Comes the Plaintiff by counsel, and for his First Set of Interrogatories to Defendant Jeffrey Adams, states as follows:

**INTERROGATORIES**:

**INTERROGATORY NO. 1**: Describe your drive leading up to the collision, including the exact route that you followed from the point where your trip commenced to the point where the accident occurred, where were you coming from and where were you going, and your purpose in driving to your destination.

**ANSWER**:

**INTERROGATORY NO. 2:** Did the Plaintiff cause, or contribute in any way to the cause of, the collision? If yes, please describe with particularity everything the Plaintiff did that caused, or contributed in way to the cause of, the collision.

**ANSWER:**

Presiding Judge: HON. LARRY ASHLOCK (609463)
INT : 000001 of 000007


Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk
NOT ORIGINAL DOCUMENT 05/08/2025 08:55:01 AM 89864-34

**INTERROGATORY NO. 3:** Did you cause, or contribute in any way to the cause of, the collision? If yes, please describe with particularity everything you did that caused, or contributed in way to the cause of, the collision.

**ANSWER:**

**INTERROGATORY NO. 4:** Did you do anything to try to prevent the collision? If yes, please describe everything that you did to try to prevent the collision.

**ANSWER:**

**INTERROGATORY NO. 5**: Describe in detail how the collision occurred, identifying every person or entity who you contend contributed in any way to causing the collision, describing each act or omission on the part of any each such person or entity that you contend contributed to causing the collision, and explaining how each act or omission caused the collision.

**ANSWER**:

**INTERROGATORY NO. 6:** State the facts upon which you rely for each affirmative defense in your Answer. If you contend that you need additional information to answer this Interrogatory, explain what additional information you need and what you need to do to obtain it.

**ANSWER:**

**INTERROGATORY NO. 7**: Do you have any knowledge or information about the injuries alleged by the Plaintiff? If so, please explain what you know about these injuries, including how you contend they occurred, whether you contend these injuries were not caused by the collision with your vehicle, and all facts upon which you base your contention.

**ANSWER:**

Presiding Judge: HON. LARRY ASHLOCK (609463)
INT : 000002 of 000007


Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk
NOT ORIGINAL DOCUMENT 05/08/2025 08:55:01 AM 89864-34

**INTERROGATORY NO. 8**: State the full name and address of each person who you, your agents, or your attorneys believe may have knowledge of any allegation in the Complaint, and for each person specify all subject matters about which they have knowledge.

**ANSWER**:

**INTERROGATORY NO. 9**: Provide the name and address of every person, including yourself, that you, your agents, or your attorneys believe may have given an oral or written statement to anyone concerning the incidents as alleged in this suit, as well as the name and address of such person to whom the statement was given.

**ANSWER**:

**INTERROGATORY NO. 10**: Describe the condition of the roads and the weather at the time of the accident as alleged in this suit, state whether you contend that the condition of the roads or the weather contributed in any way to the cause of the collision, and if so, explain how.

**ANSWER**:

**INTERROGATORY NO. 11**: Identify every insurance policy, including liability insurance, excess insurance, umbrella insurance, or co-insurance, that covered or may have covered you or UPS on the date of the collision, including for each such policy the name of the insurance carriers, the policy numbers, the monetary limits of the each insurance policy and coverage that was in effect, the name and phone number of the agent who placed each policy of insurance, and the name and phone number of your contact at each company.

**ANSWER**:

**INTERROGATORY NO. 12**: Please state the place of your employment, supervisors, type of work, and the length of time you were employed, and the reason for your departure, for each place

Presiding Judge: HON. LARRY ASHLOCK (609463)
INT : 000003 of 000007


Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
05/08/2025 08:55:01 AM
89864-34

of employment for the three years leading up to the collision, and each place of employment that you have been a commercial driver for the past 10 years.

**ANSWER**:

**INTERROGATORY NO. 13:** For each person that you expect to call as an expert witness at trial, provide their name, address, the subject matter in which they are expected to testify, a complete statements of all opinions they will express and the basis and reasons for them, the facts or data considered by them in forming their opinions, their qualifications, a list of all publications that they have authored in the previous 10 years a list of all other cases in which they have testified by deposition or at trial in the past four years, and a statement of the compensation to be paid for their study and testimony in this case.

**ANSWER**:

**INTERROGATORY NO. 14**: Describe all training that you have ever received from UPS relating to safe driving, compliance with the Federal Motor Carrier Safety Act, compliance with the Federal Motor Carrier Safety Regulations, vehicle inspections, drivers logs, hour of service regulations, vehicle maintenance, or any other topic related to the safe operation or maintenance of any vehicle driven by you for UPS. For all such training include the topic, when it was provided, who provided it, what materials (if any) were provided, and what records (if any) were kept of your participation in the training.

**ANSWER**:

**INTERROGATORY NO. 15**: List any and all documents, electronically stored information, and things that you believe may support any of your claims or defenses in this case. In the alternative, attach copies of all such documents, electronically stored information, and things tto your answers.

**ANSWER**:

Presiding Judge: HON. LARRY ASHLOCK (609463)
INT : 000004 of 000007

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT 05/08/2025 08:55:01 AM 89864-34

**INTERROGATORY NO. 16**: If you, your agent, your attorneys, insurance company, or anyone on your behalf requested and/or received any information from any computer information source or center concerning the Plaintiff in this suit, please state the name, address, and job title of the person in possession or control of this information, the date the information was ordered, and the name, address, and job title of the person so ordering the information, and the name of the information source or center used.

**ANSWER**:

**INTERROGATORY NO. 17:** If there has been a surveillance of Plaintiff's activities from the date of the incident(s) referred to in Plaintiff's Complaint to the present, and if so state:

(a) The names and addresses of the persons conducting said surveillance and the date or dates said surveillance was conducted.

(b) Whether Defendant is in possession of surveillance reports, and if so, names and addresses of those persons in possession of said reports.

(c) Whether Defendant is in possession of surveillance photographs, slides, or motion pictures depicting Plaintiff's activities. If so, the names and addresses of those persons in possession of said reports.

**ANSWER**:

**INTERROGATORY NO. 18:** Please state whether you completed a driver's accident report form, or any other written report or form of any type, detailing the collision at issue in this case.

**ANSWER**:

**INTERROGATORY NO. 19**: Did any mechanical defect in the motor vehicle you were driving at the time of the incident described in the Complaint contribute to the incident? If so,

Presiding Judge: HON. LARRY ASHLOCK (609463)

INT : 000005 of 000007



Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk
NOT ORIGINAL DOCUMENT 05/08/2025 08:55:01 AM 89864-34

describe the nature of the defect, how you first became aware of it, everything you did to resolve it, and how it contributed to the incident.

**ANSWER:**

**INTERROGATORY NO. 20:** Describe every policy, procedure, manual, document or thing that you been provided by UPS relating to safe driving, the Federal Motor Carrier Safety Act, the Federal Motor Carrier Safety Regulations, vehicle inspections, drivers logs, hour of service regulations, vehicle maintenance, or any other topic related to the safe operation or maintenance of any vehicle driven by you for UPS.

**ANSWER**:

**INTERROGATORY NO. 21:** Please state whether you completed a driver's accident report form or any other written report or writing of any type detailing the collision at issue in this case, when you completed it, to whom you provided it, when you provided it, and how you provided it to them (by hand, email, text, etc.).

**ANSWER**:

**INTERROGATORY NO. 22:** Describe every device of any type that you are aware of that recorded, reported, tracked, or logged, any information of any type about your operation of your vehicle at the time of the collision and in the week preceding and subsequent to the collision, including the make, model, and manufacturer of the device, any software that it used, and a description of all information that you believe it may have recorded, reported, tracked, or logged.

**ANSWER**:

**INTERROGATORY NO. 23:** Did you consume any alcoholic beverages, drugs, or medication within 12 hours before the occurrence of the accident described in the Complaint? If so,

Presiding Judge: HON. LARRY ASHLOCK (609463)
INT : 000006 of 000007


Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT 05/08/2025 08:55:01 AM 89864-34

what type and amount of alcoholic beverages, drugs or medications were consumed and where were they consumed?

**ANSWER**:

**INTERROGATORY NO. 24:** If you have withheld any information, or failed to produce any document or thing, on the basis of a claim that the information is privileged or subject to protection as attorney work product or trial-preparation material, describe the nature of each and every piece of information, documents, communications, or tangible thing that was withheld or not produced in a manner that, without revealing the information that is privileged or protected, will enable any other parties to determine what was withheld or not produced and assess the validity of the claim.

**ANSWER**:

RESPECTFULLY submitted this 7th day of May 2025.

*s/ Adrian Mendiondo*
ADRIAN MENDIONDO
Morgan & Morgan, Kentucky, PLLC
250 Main St., Suite 2100
Lexington, KY 40507
Phone: (859) 469-7954
Fax: (859) 899-9765
amendiondo@forthepeople.com
*Counsel for Plaintiff*

Presiding Judge: HON. LARRY ASHLOCK (609463)

INT : 000007 of 000007



Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT

05/08/2025 08:57:06 AM

89864-34

COMMONWEALTH OF KENTUCKY
HARDIN CIRCUIT COURT
DIVISION _____
CIVIL ACTION NO.: 25-CI-_____
*Electronically Filed*

CODY WELTON PLAINTIFF

v.

UNITED PARCEL SERVICE INC. d/b/a UPS
and
JEFFREY ADAMS DEFENDANTS

**PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT JEFFREY ADAMS**

Comes the Plaintiff by counsel, and for his First Set of Requests for Production of Documents to Defendant Jeffrey Adams, states as follows:

**REQUESTS FOR PRODUCTION OF DOCUMENTS**:

**REQUEST NO. 1**: Please produce any and all records, accident reports, incident reports, investigations, or other documents of any type that describe any portion of the collision or otherwise contain information about the collision.

**RESPONSE**:

**REQUEST NO. 2**: Produce a complete copy of every insurance policy, including liability insurance, excess insurance, umbrella insurance, or co-insurance, that covered or may have covered you or UPS on the date of the collision.

**RESPONSE**:

**REQUEST NO. 3**: Please produce, in their original electronic format, all photographs, video tapes, slides, and motion pictures in Defendant's possession which depict in any way any

Presiding Judge: HON. LARRY ASHLOCK (609463)

RPD : 000001 of 000008



Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk
NOT ORIGINAL DOCUMENT 05/08/2025 08:57:06 AM 89864-34

portion of the collision at issue in the Plaintiff's Complaint or any other events that are relevant to the allegations of Plaintiff's Complaint or Defendant's Answer and Affirmative Defenses.

**RESPONSE**:

**REQUEST NO. 4**: Please produce copies of all photographs, slides or motion pictures, video tapes, surveillance reports or other information identified in Interrogatory number 17.

**RESPONSE**:

**REQUEST NO. 5**: Please produce your complete driver logs for all routes driven by you for the period beginning 30 days prior to the collision at issue in the Plaintiff's Complaint through seven days after the collision.

**RESPONSE**:

**REQUEST NO. 6**: Please produce all photographs, audio recordings, video recordings, or other audio or visual recordings or files of any type that reflect or depict in any way the collision at issue, the vehicles involved, or the activities of the driver or tractor involved in the collision for the period beginning 24 hours prior to the collision and ending 24 hours after the collision.

**RESPONSE**:

**REQUEST NO. 7**: Please produce any and all cellular and telephone records and bills of the Defendant for the day of the collision and seven (7) days prior.

**RESPONSE**:

**REQUEST NO. 8**: Please produce all documents identified or listed in any response to any Interrogatory.

**RESPONSE**:

**REQUEST NO. 9**: Please produce all writings or recordings containing any description of the incident by any person who witnessed it.

Presiding Judge: HON. LARRY ASHLOCK (609463)
RPD : 000002 of 000008


Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk
NOT ORIGINAL DOCUMENT 05/08/2025 08:57:06 AM 89864-34

**RESPONSE**:

**REQUEST NO. 10**: Please produce any exhibit that will be used at trial.

**RESPONSE**:

**REQUEST NO. 11**: Please produce the Permanent Unit File or its equivalent, including any other files which contains records relating to the repairs, maintenance, and costs for the vehicle you were operating that was involved in the collision at issue.

**RESPONSE**:

**REQUEST NO. 12**: For every expert witness who is listed in any response to any discovery request, listed in any expert disclosure, or who will be called at trial, produce the following:

a) All documents, materials, or things that were utilized or relied upon by the expert in the formation of the experts opinions, including without limitation: all records, reports, charts, notes, memoranda, outlines, chronologies, evaluations, correspondence, summaries, depositions, medical records, laboratory data, laboratory results, images, articles, drawing, illustrations, videos, photographs, calculations, measurements, treatises, textbooks, recordings, data, papers, reconstructions, CAD files, other computer files, electronic images, assumptions or statistics.

b) All documents, materials, or things that were created by the expert in the formulation of the expert's opinions or any report regarding those opinions. These must be produced in each native format utilized by the expert.

Presiding Judge: HON. LARRY ASHLOCK (609463)
RPD : 000003 of 000008



Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
05/08/2025 08:57:06 AM
89864-34

c) All documents, materials, or things that were or will be utilized by the Defendant or the expert to explain or depict any information relating to the expert's opinion at trial. These must be produced in their native format.

d) All calculations performed by the expert and the specific source of any information, data, or value input into any calculation.

e) All photographs, videotapes, or other images viewed, taken, or received by the expert in connection with their opinions.

f) All reports, including any draft reports, prepared by the expert in connection with this case.

g) All notes, including handwritten, electronic, dictated, or otherwise, regarding this case.

h) All communications, whether paper or electronic, referencing or relating in any manner to the Plaintiff, any examination of the Plaintiff, the expert's report, the engagement of the expert, or the expert's fees.

i) All bills or invoices for any services performed in this matter.

**RESPONSE**:

**REQUEST NO. 13**: Please produce all records, including without limitation any medical records, employment records, bills, court records, educational records, administrative records, or any other records relating to the Plaintiff[s] that you have obtained in any manner from any third party.

**RESPONSE**:

Presiding Judge: HON. LARRY ASHLOCK (609463)
RPD : 000004 of 000008



Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk
NOT ORIGINAL DOCUMENT 05/08/2025 08:57:06 AM 89864-34

**REQUEST NO. 14**: Please produce all documents, electronically stored information, and tangible things in your possession, custody or control that may be used by you to support your claims or defenses, unless that use would be solely for impeachment.

**RESPONSE**:

**REQUEST NO. 15:** All statements made by any occupants of the vehicles involved in the subject incident.

**RESPONSE**:

**REQUEST NO. 16:** All statements made by any witnesses to the subject accident.

**RESPONSE**:

**REQUEST NO. 17:** All statements made by the Plaintiff pertaining to or concerning the subject matter.

**RESPONSE**:

**RESPONSE**:

**REQUEST NO. 18:** All photographs of the Plaintiff depicting injuries received in the subject accident.

**RESPONSE**:

**REQUEST NO. 19:** All photographs of the subject accident scene.

**RESPONSE**:

**REQUEST NO. 20:** Appraisals of all property damage sustained by Defendant's vehicle in the subject accident.

**RESPONSE**:

**REQUEST NO. 21:** Appraisals of the property damage sustained by Plaintiff's car in the subject accident.

Presiding Judge: HON. LARRY ASHLOCK (609463)
RPD : 000005 of 000008


Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT

05/08/2025 08:57:06 AM

89864-34

**RESPONSE**:

**REQUEST NO. 22:** Copies of any claims made by you for loss of cargo as a result of the crash alleged in the Complaint.

**RESPONSE**:

**REQUEST NO. 23:** All purchase orders and bills of lading that you had in your possession on the day of the crash alleged in the Complaint.

**RESPONSE**:

**REQUEST NO. 24:** Your complete cell phone data for the one hour prior to and 5 minutes after the collision using Cellebrite technology to obtain the KnowledgeC+ database of your cell phone in your possession of at the time of the crash alleged in the Complaint. This request includes Defendant and Plaintiff agreeing to a mutually agreeable procedure to obtain this data and a mutual date and time to perform the extraction of the data.

**RESPONSE**:

**REQUEST NO. 25:** All documents, records, or similar items regarding or relating to how you were dispatched or routed on the day of the crash, including the identity of any third party that would have dispatched or routed you that day.

**RESPONSE**:

**REQUEST NO. 26:** Your last DOT medical exam before the crash alleged in the Complaint.

**RESPONSE**:

**REQUEST NO. 27:** Pictures or copies of the labels of all prescribed and non-prescribed medications you were taking at the time of the collision.

**RESPONSE**:

Presiding Judge: HON. LARRY ASHLOCK (609463)

RPD : 000006 of 000008



Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT

05/08/2025 08:57:06 AM

89864-34

**REQUEST NO. 28:** Any and all medical records, tests, sleep studies, or similar items regarding any diagnosis or differential diagnosis for any sleep apnea you have received in the last 5 years. This request includes regarding any prescription for any CPAP machine you have been offered or received in the last 5 years.

**RESPONSE**:

**REQUEST NO. 29:** A complete copy of your driver qualifications file.

**RESPONSE**:

**REQUEST NO. 30**: All communications, including electronic communications of any type, that were sent by you, or received by you, from any person or entity other than your lawyer, that relate to the facts at issue in this case.

**RESPONSE**:

**REQUEST NO. 31**: All communications, including electronic communications of any type, that were sent by you, or received by you, from any person or entity other than your lawyer, that relate to your work performance with UPS, your compliance or lack thereof with any federal laws or regulations, your driving, your training, or your safety compliance.

**RESPONSE**:

**REQUEST NO. 32**: All communications, including electronic communications of any type, that were sent by you, or received by you, from any person or entity other than your lawyer, that relate to UPS's compliance or lack thereof with any federal laws or regulations, UPS's safety training, UPS's safety record, or UPS's driver training.

**RESPONSE**:

Presiding Judge: HON. LARRY ASHLOCK (609463)

RPD : 000007 of 000008



Filed 25-CI-00848 05/07/2025 Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT 05/08/2025 08:57:06 AM 89864-34

RESPECTFULLY submitted this 7th day of May 2025.

*s/ Adrian Mendiondo*
ADRIAN MENDIONDO
Morgan & Morgan, Kentucky, PLLC
250 Main St., Suite 2100
Lexington, KY 40507
Phone: (859) 469-7954
Fax: (859) 899-9765
amendiondo@forthepeople.com
*Counsel for Plaintiff*

Presiding Judge: HON. LARRY ASHLOCK (609463)

RPD : 000008 of 000008